# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wells, Thomas B. | U.S. Tax Court | 08/23/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Senior Status) | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ✔ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

400 Second Street, N.W.
Washington, D.C. 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Urban Properties, a GA Gen. Partnership to own and rent real estate 12/78 to Present (essentially |
| 2. | | a real estate investment, see Part VII, Item 9, Line 9). |
| 3. | Member/Manager | MKWM Properties, LLC, a NC limited liability company to own and rent real estate 7/2/13 to present |
| 4. | | (essentially a real estate investment, see Part VII , Item 68, line 122. |
| 5. | Trustee | *See explanation in Part VIII. See Part VII, Item 69, line 126. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wells, Thomas B.** | 08/23/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CSX, Com. | B | Dividend | M | T | | | | | |
| 2. Chevron, Com. | D | Dividend | M | T | | | | | |
| 3. Coca Cola, Com. | E | Dividend | O | T | | | | | |
| 4. Exxon, Mobil, Com. | B | Dividend | L | T | | | | | |
| 5. IBM, Com. | A | Dividend | L | T | | | | | |
| 6. Johnson & Johnson, Com. (acct. #1) | D | Dividend | M | T | | | | | |
| 7. AGL Resources, Com. | B | Dividend | L | T | Sold | 07/01/16 | L | E | |
| 8. XOMA, Com. | A | Dividend | J | T | | | | | |
| 9. Urban Properties, GA Gen P'ship (H) | E | Distribution | O | W | | | | | |
| -Real Estate in Atlanta, GA | | | | | | | | | |
| 10. C.D., Vidalia Federal Savings Bank | E | Interest | O | T | | | | | |
| 11. Cash Mgt. Acct. Merrill Lynch Bank USA. | B | Dividend | M | T | | | | | |
| 12. Merrill Lynch Retirement Reserves CL1 Fund (IRA). | B | Distribution | L | T | | | | | |
| 13. Allstate, Com. | A | Dividend | J | T | | | | | |
| 14. Mineral interest, Midland County, TX (Apache) | E | Royalty | K | W | | | | | |
| 15. Mineral interest, Andrews County, TX (BOPCO) | B | Royalty | K | W | | | | | |
| 16. Mineral interest, Rio Arriba County, TX (CONOCO) | E | Royalty | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 17. Mineral interest, Creek County, OK (Cornellius) | A | Royalty | J | W | | | | | |
| 19. 18. Mineral interest, Midland County, TX (COG) | A | Royalty | J | W | | | | | |
| 20. 19. Mineral interest, Midland and Glasscock Counties, TX(Endeavor) | B | Royalty | J | W | | | | | |
| 21. 20. Mineral interest, Midland County, TX (Enterprise) | B | Royalty | J | W | | | | | |
| 22. 21. Minteral interest, Rio Arriba County, TX (Harrington SW) | A | Royalty | J | W | | | | | |
| 23. 22. Mineral interest, McClain County, OK (Jolen) | A | Royalty | J | W | | | | | |
| 24. 23. Mineral interest, Andrews and Midland Counties, TX (Legacy) | E | Royalty | K | W | | | | | |
| 25. 24. Mineral interest, Marion County, TX (LODI) | A | Royalty | J | W | | | | | |
| 26. 25. Mineral interest, McClain County, OK (ONEOK) | A | Royalty | J | W | | | | | |
| 27. 26. Mineral interest, Upton, Midland, Glasscock Co.s, TX(Pioneer) | D | Royalty | J | W | | | | | |
| 28. 27. Mineral interest, Midland County, TX (Plains Mktg.) | D | Royalty | J | W | | | | | |
| 29. 28. Mineral interest, Midland County, TX (SM Energy) | A | Royalty | J | W | | | | | |
| 30. 29. Mineral interest, Okmulgee and Montague Counties, TX (Sunoco) | A | Royalty | J | W | | | | | |
| 31. 30. Mineral interest, Escambia County, AL (Texas Petrol.) | A | Royalty | J | W | | | | | |
| 32. 31. Mineral interest, Andrews County, TX (Vanguard) | B | Royalty | J | W | | | | | |
| 33. 32. Mineral interest, Midland County, TX (Wagner) | A | Royalty | J | W | | | | | |
| 34. 33. Lance, Com. | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Lance, Com. | A | Dividend | J | T | | | | | |
| 35. AGL Resources, Com. | D | Dividend | M | T | Sold | 07/01/16 | M | G | |
| 36. Morgan Stanley, Com. | A | Dividend | J | T | | | | | |
| 37. Coca Cola, Com. | A | Dividend | K | T | | | | | |
| 38. B.P. PLC, ADR | D | Dividend | L | T | | | | | |
| 39. Dominion Resources, Com. | D | Dividend | N | T | | | | | |
| 40. SunTrust Bank, Account | B | Interest | M | T | | | | | |
| 41. Abbott Lab., Com. | A | Dividend | J | T | | | | | |
| 42. Amgen, Com. | A | Dividend | J | T | | | | | |
| 43. Campbell Soup, Com. | A | Dividend | J | T | | | | | |
| 44. Cisco Systems, Com. | A | Dividend | J | T | | | | | |
| 45. G.E., Com. | A | Dividend | J | T | | | | | |
| 46. Home Depot, Com. | A | Dividend | J | T | | | | | |
| 47. Intel, Com. | A | Dividend | J | T | | | | | |
| 48. American Funds, Investment Co. of America Fund | A | Dividend | J | T | | | | | |
| 49. Merck, Com. | A | Dividend | J | T | | | | | |
| 50. Microsoft, Com. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 51. Pepsi Co., Com. | A | Dividend | J | T | | | | | |
| 53. 52. Southern Co., Com. | A | Dividend | J | T | | | | | |
| 54. 53. Disney, Com. | A | Dividend | J | T | | | | | |
| 55. 54. Wells Fargo, Com. | A | Dividend | J | T | | | | | |
| 56. 55. (D.C.) Verizon, com. | B | Dividend | K | T | | | | | |
| 57. 56. Gum Swamp Creek, LLC, (units in GA limited liabilty company) (H) | | | | | | | | | |
| 58. -AGL RESOURCES, com. | A | Dividend | K | T | Sold | 07/01/16 | K | E | |
| 59. -ALCATEL LUCENT ADR | A | Dividend | J | T | Sold | 01/14/16 | J | A | |
| 60. -AT&T CORP, com. | A | Dividend | J | T | | | | | |
| 61. -AMER. ELEC. PWR., com. | A | Dividend | J | T | | | | | |
| 62. -B.P. PLC, ADR. | E | Dividend | N | T | | | | | |
| 63. -CONOCO PHILLIPS, com. | A | Dividend | K | T | | | | | |
| 64. -CITIGROUP INC, com. | A | Dividend | J | T | | | | | |
| 65. -COCA COLA, com. | F | Dividend | P1 | T | | | | | |
| 66. -COMCAST CORP. New CL A, com. | A | Dividend | J | T | | | | | |
| 67. -DAIMLER A., com. | A | Dividend | J | T | | | | | |
| 68. -DEVON ENERGY, com. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -DIRECT T.V. GRP, Holdings. CLA | A | Dividend | J | T | Sold | 01/17/16 | J | A | |
| 70. -EXXON MOBIL CORP, com. | B | Dividend | K | T | | | | | |
| 71. -FORD MOTOR CO., com. | A | Dividend | J | T | | | | | |
| 72. -GENERAL ELECTRIC, com. | B | Dividend | L | T | | | | | |
| 73. -HOME DEPOT, com. | E | Dividend | O | T | | | | | |
| 74. -INTL PAPER CO, com. | D | Dividend | N | T | | | | | |
| 75. - MARATHON OIL CORP, com. | A | Dividend | J | T | | | | | |
| 76. -MATTEL INC, com. | A | Dividend | J | T | | | | | |
| 77. -NCR CORP, com. | A | Dividend | J | T | | | | | |
| 78. -NEWMONT MINING, com. | A | Dividend | J | T | | | | | |
| 79. -NORFOLK SO., com. | E | Dividend | O | T | | | | | |
| 80. -NORTHROP GRUMMAN, com. | A | Dividend | K | T | | | | | |
| 81. -SCANA, com. | A | Dividend | J | T | | | | | |
| 82. -SOUTHERN CO, com. | A | Dividend | K | T | | | | | |
| 83. -TENNECO AUTO, com. | A | Dividend | J | T | | | | | |
| 84. -TERADATA, com. | A | Dividend | J | T | | | | | |
| 85. -UNITED STS STL, com. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -V F CORP, com. | E | Dividend | O | T | | | | | |
| 87. -WCMA Money Fund CL3 | A | Interest | M | T | | | | | |
| 88. -Vidalia Federal Savings Bank, C.D. | A | Interest | J | T | | | | | |
| 89. -Vidalia Federal Savings Bank, Checking | A | Interest | L | T | | | | | |
| 90. -Real estate, Toombs Co., GA | F | Distribution | P1 | W | | | | | |
| 91. -Real estate, Dodge Co., GA | G | Distribution | P1 | W | | | | | |
| 92. -Real estate, Vidalia, GA | | None | M | W | | | | | |
| 93. -Real estate, Telfair Co., GA | G | Distribution | O | W | | | | | |
| 94. -Real estate, Wheeler Co., GA, parcel #1 | D | Distribution | P1 | W | | | | | |
| 95. -Real estate, Wheeler Co., GA, parcel #2 | D | Distribution | O | W | | | | | |
| 96. -Bond, Barrow Co., 10/1/16 | A | Interest | K | T | Redeemed | 10/01/16 | K | A | |
| 97. -Berkshire Hathaway, B com. | A | Dividend | M | T | | | | | |
| 98. -Century Link, com. | A | Dividend | J | T | | | | | |
| 99. -Huntington Ingls., com. | A | Dividend | J | T | | | | | |
| 100. -Marathon Petrol., com. | A | Dividend | J | T | | | | | |
| 101. -Ingredion, com. | A | Dividend | K | T | | | | | |
| 102. -Kinder Morgan, com. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Energy Transfer Partners, com. | A | Dividend | J | T | | | | | |
| 104. -Suncoke, com. | A | Dividend | J | T | | | | | |
| 105. -Phillips 66, com. | B | Dividend | K | T | | | | | |
| 106. -Twenty First Cent., com. | A | Dividend | J | T | | | | | |
| 107. -Veritiv, com. | A | Dividend | J | T | | | | | |
| 108. 57. Acco Brands, com. | A | Dividend | K | T | | | | | |
| 109. 58. Hospira, Com. | A | Dividend | J | T | Sold | 01/15/16 | J | A | |
| 110. 59. Real Estate in Charlottesville, VA | E | Rent | N | W | | | | | |
| 111. 60. Alcatel Lucent, ADR | A | Dividend | J | T | Sold | 01/14/16 | J | A | |
| 112. 61. Delta Airlines, Com. | A | Dividend | K | T | | | | | |
| 113. 62. Discover Fin. Serv., Com. | A | Dividend | J | T | | | | | |
| 114. 63. Teradata Corp., Com. | A | Dividend | J | T | | | | | |
| 115. 64. Tall Timber Ventures, LLC (units in Georgia limited liability | | | | | | | | | |
| 116. company) (H) | | | | | | | | | |
| 117. -Gum Swamp Creek, LLC | G | Distribution | P2 | W | | | | | |
| 118. -Vidalia Federal Savings Bank C.D. (X) | A | Interest | J | T | | | | | |
| 119. 65. Fortune Brands Home Sec., com. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. 66. Express Scripts Hldg., com | A | Dividend | J | T | | | | | |
| 121. 67. Abbvie, com. | A | Dividend | K | T | | | | | |
| 122. 68. MKWM Properties, LLC, units in NC limited liability Co. (H) | | | | | | | | | |
| 123. -Real estate, Asheville, NC | D | Rent | O | T | Sold | 05/23/16 | O | F | |
| 124. -Real estate, Charlottesville, VA | E | Rent | O | T | Buy | 07/01/16 | O | A | |
| 125. -SunTrust checking account (X) | A | Interest | K | T | | | | | |
| 126. 69. Trust #1 (X) | | | | | Distributed | 08/25/16 | J | A | Terminated. See Sec. VIII |
| 127. 70. Caleres, com | A | Dividend | J | T | | | | | |
| 128. 71. WalMart, com. (acct. #1) | A | Dividend | J | T | Buy | 01/05/16 | J | A | |
| 129. 72. Anheuser-Busch, com. | A | Dividend | K | T | Buy | 01/15/16 | K | A | |
| 130. 73. Johnson & Johnson, com. (acct. #2) | A | Dividend | J | T | Buy | 01/15/16 | J | A | |
| 131. 74. Microsoft,com | A | Dividend | J | T | Buy | 01/15/16 | J | A | |
| 132. 75. Nestle, com. | A | Dividend | J | T | Buy | 01/15/16 | J | A | |
| 133. 76. Proctor & Gamble, com. | A | Dividend | J | T | Buy | 01/15/16 | J | A | |
| 134. 77. Charles Schwab Corp., com. | A | Dividend | J | T | Buy | 01/15/16 | J | A | |
| 135. 78. WalMart, com. (acct. #2) | A | Dividend | K | T | Buy | 01/15/16 | K | A | |
| 136. 79. Money Market, Charles Schwab Corp. | A | Interest | K | T | Buy | 01/15/16 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 08/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*Part I. Positions for line 5. Trustee

Trust #1 is a trust that owns a whole life insurance policy on the life of a non-family member of Reporting Person. Trust #1 is for the benefit of family members of Reporting Person (but not the reporting person's spouse or dependent child). Trust #1 is being terminated pursuant to a court order appointing Reporting Person as sole Trustee and is distributing the insurance policy to those family members. The Reporting Person is not compensated and is not entitled to compensation as Trustee. Trust #1 was created prior to the Reporting Person's appointment to current judicial position, and the Co-Trustee of Trust #1 handled all matters relating to Trust #1 until the Co-Trustee was no longer able to act for Trust #1; Reporting Person was unaware Trust #1 remained in existence until after Co-Trustee could no longer act as Co-Trustee. Trust #1 has now distributed all assets and terminated on 8/25/16.
(See Part VII, Item 69, Line 125).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Wells**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544